CROMWELL v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC et al — Doc. 6
Case 1:06-cv-00045-MP-AK   Document 6   Filed 03/17/2006   Page 1 of 1

*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES W. CROMWELL,

    Plaintiff,

v.                                         CASE NO. 1:06-cv-00045-MP-AK

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's Ex Parte Motion for a Temporary Restraining Order (Doc. 2), be denied. The Magistrate Judge filed the Report and Recommendation on Thursday, March 16, 2006. Given the time constraints of this motion, the Court will conduct an expedited *de novo* review of the Report and Recommendations. After reviewing the matter, I have determined that the Report and Recommendations should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendations is adopted and incorporated by reference in this order.

2.    Plaintiff's Ex Parte Motion for a Temporary Restraining Order (Doc. 2), is denied.

3.    This case is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this  *17th* day of March, 2006

                             *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge