IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES W. CROMWELL,

    Plaintiff,

v.                                                  CASE NO. 1:06-cv-00045-MP-AK

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

    Defendants.
_____/

**O R D E R**

On Thursday, July 20, 2006, a hearing was held to assist the parties in coming to an agreement on various scheduling dates. At the hearing, plaintiff provided a unilateral Rule 26(f) report to the court, Doc. 19. Robert Brochin, counsel for defendants Mortgage Electronic Registration Systems, Inc., and Everhome Mortgage Co., agreed to the dates proposed by the plaintiff in his report. Counsel for defendant Market Street Mortgage Corp. was not present at the hearing. Accordingly, the court hereby adopts the dates listed in the plaintiff's report. Plaintiff's report mirrors the one proposed by Mr. Brochin, except that joinder of all other parties must be completed by September 5, 2006, and discovery will conclude on October 3, 2006. Furthermore, the defendants will file any motions directed to plaintiff's complaint, including those based on jurisdictional grounds, by Tuesday, August 1, 2006.

    **DONE AND ORDERED** this  *21st* day of July, 2006

                                      *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge