# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**CHARLES W CROMWELL,**

    **Plaintiff,**

v.                                                           **CASE NO. 1:06-cv-00045-MP-AK**

**EVERHOME MORTGAGE CO,**
**MARKET STREET MORTGAGE CORP,**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Presently before the Court in the above entitled action are the following motions: (1) Plaintiff's Motion to Amend (doc. 23); (2) Defendants' Motion to Dismiss (doc. 22); and (3) Plaintiff's Motion for TRO (doc. 26).

The parties are referred to the facts and procedural posture of this case set forth in the Court's previous Report and Recommendation. (Doc. 5).

The parties are also referred to the Report and Recommendation for the legal analysis and case law support for the recommendation herein made that the Defendants' motion to dismiss should be granted.

The Court has also decided similar issues in a case Plaintiff removed from state court.  See Mortgage Electronic Registration Systems v. Cromwell, Case No. 1:05CV140-SPM/AK.

Plaintiff persists in this forum to pursue some relief from a state court foreclosure judgment.  As has been explained in the present case and the previous case, this court does not have jurisdiction to review, alter or amend such a judgment.  Although Plaintiff

seeks leave to amend his complaint (doc. 23), nothing in his proposed amended complaint changes the basic premise of this lawsuit, which is his disagreement with the foreclosure proceedings and his request of this Court to stop, delay or reverse the implementation of the state court judgment against him.

Plaintiff has also moved for injunctive relief *again* to stop a foreclosure sale scheduled for August 22, 2006.  (Doc. 26).  The motion should be denied *again* for the reasons set forth in the previous Report and Recommendation (doc. 5) and in the Court's Order remanding the case to state court in Case No. 1:05cv140-SPM/AK because of lack of jurisdiction.  (See Doc. 8 in that case).

It is herein recommended that Defendants Motion to Dismiss be **GRANTED** on the ground that this court lacks subject matter jurisdiction over the claims raised herein and that this cause be **DISMISSED WITH PREJUDICE** and further that the motion to amend (doc. 23) and for TRO (doc. 26) be **DENIED**.

**DONE AND ORDERED** this *18th* day of August, 2006

**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**