IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES W. CROMWELL,

    Plaintiff,

v.                                                      CASE NO. 1:06-cv-00045-MP-AK

EVERHOME MORTGAGE CO,
MARKET STREET MORTGAGE CORP,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 29, Report and Recommendation of the Magistrate Judge, which recommends granting Defendants' Motion to Dismiss (Doc. 22), denying Plaintiff's Motion to Amend (Doc. 23) and Plaintiff's Motion for TRO (Doc. 26), and dismissing this case with prejudice. The Magistrate Judge filed a Report and Recommendation dated Friday, August 18, 2006. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* review of those portions to which an objection has been made. The Plaintiff has filed an objection, Doc. 30, which the Court has reviewed. For the reasons which follow, the Report and Recommendation is adopted.

Plaintiff seeks relief in this Court from a state court foreclosure judgment. In his objections, Plaintiff cites many interesting theories about the role of attorneys in the legal system and the jurisprudential relationship of the common law to our constitutional system, but Plaintiff ultimately fails to establish how this Court has jurisdiction to hear his case. Plaintiff essentially seeks to use this Court as a forum to relitigate an adverse state court decision. As the Magistrate

correctly points out, this Court "does not have jurisdiction to review, alter or amend such a judgment." Doc. 29 at 1. Because Plaintiff's proposed amendments do not change the absence of jurisdiction in this Court, Plaintiff's motion to amend is denied. Likewise, Plaintiff's motion for a temporary restraining order is also denied. Therefore, Defendants' motion to dismiss is granted, and this case is dismissed with prejudice. It is hereby

**ORDERED AND ADJUDGED:**

1. Defendants' Motion to Dismiss (Doc. 22) is granted, and this case is dismissed with prejudice.

2. Plaintiff's Motion to Amend (Doc. 23) and Plaintiff's Motion for temporary restraining order (Doc. 26) are denied.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** this __1st__ day of September, 2006

　　　　　　　　　　　　　　　　_s/Maurice M. Paul_
　　　　　　　　　　　　　　Maurice M. Paul, Senior District Judge